IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **17 - CV - 00578**
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAR -3  PM 2:27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Jade Vigil, Jerome Mestas, Plaintiff,

v.

Extra Space Storage,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev. 07/06)

## PARTIES

1. Plaintiff Jade Vigul & Jerame Mestas is a citizen of Colorado who presently resides at the following address: 120 Dover St Lakewood, CO 80226

2. Defendant Extra Space Storage is a citizen of Colorado who live(s) at or is/are located at the following address: 5885 W. Colfax Ave. Lakewood, CO 80214

3. Defendant _____ is a citizen of _____ who live(s) at or is/are located at the following address: _____

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities: Plaintiff and Defendant both reside in the State of Colorado in the city of Lakewood.

5. Briefly state the background of your case:

ON MARCH 6TH, 2014 AN EMPLOYEE OF EXTRA SPACE STORAGE AT 5885 W. COLFAX AVE. LAKEWOOD, CO 80214, RELEASED MY PERSONAL INFORMATION (NAME, ADDRESS, ETC.) WITHOUT CONSENT TO ANOTHER CUSTOMER. AS A RESULT, PLAINTIFF SUSTAINED DAMAGES WHEN DEFENDANTS BREECHED THE CONTRACT; AS WELL AS CONSEQUENTIAL

DAMAGES (LOSS OF PROPERTY) AND MONETARY DAMAGES (EMOTIONAL DISTRESS, ATTORNEYS FEES ETC.) FROM SUCH UNAUTHORIZED RELEASE.

Jade Vigil
Jerame Mestas
120 Dover St.
Lakewood, CO 80226
720-317-6665

Jade Vigil
Jerame Mestas, IN PRO PER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| Jade Vigil<br>Jerame Mestas,<br>　　　　　Plaintiff,<br><br>vs.<br><br>Extra Space Storage,<br>　　　　　Defendant. | No. Case Number<br><br>COMPLAINT FOR DAMAGES |
|---|---|

On March 6th, 2014 an employee acting on behalf of Extra Space Storage at 5885 W. Colfax Ave. Lakewood, CO 80214, released my personal information (name, address, etc.) without consent to another customer. Defendant's breeched contract between Plaintiff and Extra Space Storage. As a direct result of Defendant's negligence, Plaintiff sustained consequential damages (loss of property) from such unauthorized release, as well as monetary damages (emotional distress, defamation of character, attorney's fee's etc.)

Date: March 3, 2017

_____
Jade Vigil
Jerame Mestas,

IN PRO PER

# FIRST CLAIM FOR RELIEF
# AND SUPPORTING FACTUAL ALLEGATIONS

1. The Defendant, represented by its employee/agent, intentionally violated my rights to privacy by releasing personal information (name, address, etc.) to another customer. This unauthorized release of confidential information was done without my knowledge or consent. This act occurred after the Defendant double booked the same storage unit.

2. Plaintiff's believe they are entitled to damages in the amount of $50,000 as a result of this negligent act when Defendant violated my right to privacy, and therefore breeched the contract.

3. Defendant's employee admitted to police that he gave our personal information to another customer.

4. As a result, the customer made false allegations to police, resulting in our arrest and eventual acquittal.

# SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

1. Plaintiff is seeking consequential damages in the amount of $25,000 for loss of property as a direct result of the Defendant's unauthorized release of my personal information.

2. Plaintiff's were wrongfully arrested as a result of the Defendant's gross negligence. As a result, Plaintiff's belongings were thrown on to the front lawn and into a dumpster allowing property to be pilferage while Plaintiff's were wrongly incarcerated.

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

1. Plaintiff is seeking monetary damages in the amount of $200,000 for emotional distress and defamation of character all as a direct result of Defendant's gross negligence and breech of contract.

2. Plaintiff's were wrongfully arrested for felony burglary as well as felony menacing. Plaintiff spent eight days in jail, under an $8,000 cash only bond.

3. Local news was present at Plaintiff's house and broadcasted Lakewood Police's SWAT Team arrest as a direct result of Defendant's negligence causing Plaintiff extreme emotional distress.

4. Plaintiff's suffered defamation of character from news coverage, as well as internet article's regarding case which is still being viewed to date.

5. Plaintiff's were eventually acquitted on all charges and expended over $25,000 in attorney's fees, months of preliminary preparation and three days of trial.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Date: 3/3/17

_Jadofigd_ _Jerome M Two_
(Plaintiff's Original Signature)

120 Doer St
(Street Address)

Lakewood, CO 80226
(City, State, ZIP)

720-317-6665
(Telephone Number)

(Rev. 07/06)

6