IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00578-LTB

JADE VIGIL,
JERAME MESTAS,

      Plaintiffs,

v.

EXTRA SPACE STORAGE, and
EXTRA SPACE STORAGE, INC.,

      Defendants

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on September 8, 2017, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

      DATED at Denver, Colorado, this 8 day of September, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/  A. Garcia Garcia
                Deputy Clerk